

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-3-2013

# In re: SemCrude LP

Precedential or Non-Precedential: Precedential

Docket No. 12-2736

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In re: SemCrude LP" (2013). *2013 Decisions.* Paper 159.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/159

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

——————————

No. 12-2736

——————————

In re:  SEMCRUDE, L.P., et al.,

Reorganized Debtors

SAMSON ENERGY RESOURCES COMPANY, et al.

v.

SEMCRUDE, L.P., et al.

Luke Oil Company, C & S Oil/Cross Properties, Inc.,
Wayne Thomas Oil and Gas and William R. Earnhardt, Co.,
Appellants

——————————

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1-09-cv-00994)
District Judge: Honorable Leonard P. Stark

——————————

Argued February 19, 2013

Before:  AMBRO, FISHER, and JORDAN, <u>Circuit Judges</u>

(Opinion filed August 27, 2013)

**<u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>**

AMBRO, <u>Circuit Judge</u>

        IT IS NOW ORDERED that the published Opinion in the above case filed
August 27, 2013, be amended as follows:

On page 18, in the first full paragraph, line 7, replace "0.15%" with "0.13%"

On page 18, in the first full paragraph, last line, replace "one-tenth" with "one-hundredth", so that the phrase reads: "roughly one-hundredth of one percent of that sum."


By the Court,


/s/ Thomas L. Ambro
Circuit Judge

Dated: September 3, 2013
CJG/cc:     Yolanda C. Garcia, Esq.
          L. Katherine Good, Esq.
          John H. Knight, Esq.
          Martin A. Sosland, Esq.
          Hartley B. Martyn, Esq.
          Duane D. Werb, Esq.